THE WAYNE COUNTY SAVINGS BANK v. THE SUPERVISOR OF THE TOWNSHIP OF ROSCOMMON.

*Taxes—Municipal bonds—Mandamus.*

*Mandamus* will not lie to compel a township to assess a tax to pay the uncollected portion of a former assessment, ordered to be made to pay the amount *then* due upon its bonds, until after the sale for delinquent taxes of the lands upon which the former assessment was made.

*Mandamus.* Argued November 14, 1893.    Granted in part November 15, 1893.

On November 16, 1892, a *mandamus* was granted, upon the petition of the relator, requiring the respondent to assess upon the taxable property of the township of Roscommon the amount then due for principal and interest upon certain bonds issued by the township and owned by the relator. The assessment was made, but only a portion of the tax had been collected, when this application was made for a *mandamus* to compel the respondent to assess upon the roll for 1893 a sum sufficient to cover the uncollected portion of the former assessment, and the amount which had matured on the bonds since said assessment; the relator stating in its petition that the circuit court for Roscommon county would not again convene

until January, 1894, and that therefore relator would be prejudiced should it be remitted to the circuit under Circuit Court Rule No. 107.

*George J. Cummins,* for relator.

*Simonson, Gillett & Courtright,* for respondent.

PER CURIAM. *Mandamus* will be granted as to assessment for bonds which have fallen due since the order heretofore made, and denied as to amounts required to be assessed by said order until after the sale for delinquent taxes of the lands upon which said assessment was made.